IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA                    Date:    November 4, 2015

vs.                                         Case No.: 13-4052-17-CR-C-BCW

JIMMY DEAN MOORE

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:**   Sentencing

**Time Commenced: 12:14 pm**                **Time Terminated: 12:44 pm**

APPEARANCES

**Plaintiff's counsel: Michael Oliver, AUSA**
**Defendant's counsel: John Murray**
**Probation officer: Tracey D. Cowin**

**PROCEEDINGS IN COURTROOM:**   Above parties present.   Court accepts plea of guilty and adjudication of guilt.   There are objections to the Presentence Report; evidence and arguments presented.   Court adopts P.S.I.R. without change.   Court asserts statutory guidelines.   Counsel makes sentence recommendations.   Defendant accorded allocution.

**SENTENCE:** Defendant sentenced to the custody of BOP for 36 months on Count 1 of the second superseding indictment; followed by 3 years supervised release on Count 1 of the second superseding indictment.   Standard/Additional Conditions of Supervision imposed.   FINE: waived; MSA: $100.   Dft advised of right to appeal.   All remaining counts dismissed by motion of the government.   Defendant ordered to self-surrender in 45 days on December 19, 2015 at 12:00 p.m.

**Court Reporter: Denise Halasey**
**Courtroom Deputy:  Carrie James**